**Order entered April 3, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01094-CR

## AUGUSTO AMBROSIO CARRERA, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-82936-2016**

## ORDER

Before the Court is appellant's April 2, 2019 second motion to extend the time to file appellant's brief. We **GRANT** the motion and **ORDER** appellant's brief filed on or before **May 2, 2019**. If appellant's brief is not filed by May 2, 2019, this appeal may be abated for the trial court to make findings in accordance with rule of appellate procedure 38.8.

/s/    CORY L. CARLYLE
        JUSTICE